UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 26-MJ-00003-SMM

FILED BY ___MB___ D.C.
Jan 14, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES OF AMERICA,

v.

MARVIN ELIAS DERAS-ALMAZAN,

      Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No.

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No.

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No.

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
**CHRISTOPHER H. HUDOCK**
Assistant United States Attorney
Florida Bar No. 92454
101 S. U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 293-0951
Email: Christopher.Hudock@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint       AUSA Christopher H. Hudock

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MARVIN ELIAS DERAS-ALMAZAN,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  26-MJ-00003-SMM<br>)<br>)<br>)<br>) |

FILED BY __MB__ D.C.
Jan 14, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 8, 2026__ in the county of __Saint Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*
Angelo Zaravelis, Deportation Officer, ICE
*Printed name and title*

Date: 1/14/2026

_____
*Judge's signature*

City and state: Fort Pierce, Florida       Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations ("ERO"), Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Marvin Elias DERAS-ALMAZAN ("DERAS-ALMAZAN"), committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a).

3. The Saint Lucie County Sheriff's Office ("SLCSO") has partnered with ICE and is part of the 287(g) Program. The program delegates federal immigration enforcement authorities to state and local law enforcement agencies.

4. On or about January 8, 2026, the Saint Lucie County Sheriff's Office encountered DERAS-ALMAZAN during a vehicle stop in Saint Lucie County, Florida. During the encounter, DERAS-ALMAZAN identified himself to SLCSO Deputy Kirk by displaying a Honduran passport. SLCSO Deputy Kirk contacted ICE Deportation Officer Andersson, alerting ICE officials to DERAS-ALMAZAN's presence in the United States. Deportation Officer Andersson

arrived on scene and confirmed that DERAS-ALMAZAN is an alien previously removed from the United States. SLCSO deputies arrested DERAS-ALMAZAN for violation of immigration law.

5. I reviewed documents from the immigration alien file belonging to Marvin Elias DERAS-ALMAZAN, AXXX XXX 739, which show that he is a native and citizen of Honduras. Records show that on or about December 12, 2003, DERAS-ALMAZAN was ordered removed from the United States. On May 11, 2011, DERAS-ALMAZAN was removed from the United States to Honduras.

6. Thereafter, DERAS-ALMAZAN illegally reentered the United States. On September 26, 2011, DERAS-ALMAZAN was again removed from the United States to Honduras.

7. Thereafter, DERAS-ALMAZAN illegally reentered the United States. On April 9, 2014, DERAS-ALMAZAN was again removed from the United States to Honduras.

8. I entered the fingerprints of DERAS-ALMAZAN into the IDENT system, a biometric database maintained by the Department of Homeland Security. The results confirmed that DERAS-ALMAZAN is the individual that was previously removed from the United States.

9. I performed a record check in the Computer Linked Application Informational Management System ("CLAIMS"), to determine if Marvin Elias DERAS-ALMAZAN ever filed an application for permission to reapply for admission into the United States after deportation or removal. A search in that database system verified that no records exist indicating that DERAS-ALMAZAN obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States as required by law.

10. Based on the foregoing, I believe that there exists probable cause to believe that, on or about January 8, 2026, Marvin Elias DERAS-ALMAZAN, an alien who has previously been

deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me, in Fort Pierce, Florida, this \_\_14th\_\_ day of January 2026.

_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE

3